UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-202 MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SHEILA ADAMS GUERRA, Defendant. | ) | ORDER TO DISMISS BENCH WARRANT |

This matter came before the Court prior to defendant's arrest on a bench warrant for failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 6th day of March, 2001.

UNITED STATES MAGISTRATE JUDGE

MAR 0 6 2001